UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE PRICE, individually and as the personal representative and administrator of the estate of Jeffrey Price, Jr., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL PEARSON, et al., | ) ) |
| Defendants. | ) ) ) |

Civil Action No. 20-614 (RBW)

**ORDER**

In accordance with the oral rulings issued by the Court at the motions hearing held on the same date via teleconference, it is hereby

**ORDERED** that the Defendants' Motion to Bifurcate Claims and Stay Discovery, ECF No. 16, is **GRANTED**. It is further

**ORDERED** that trial of and discovery regarding the question whether the defendant District of Columbia has a policy or custom that resulted in a violation of Jeffrey Price, Jr.'s constitutional rights shall be **BIFURCATED** from trial and discovery of the plaintiffs' remaining claims and issues. It is further

**ORDERED** that all litigation of the question whether the District of Columbia has a policy or custom that resulted in the violation of Price's constitutional rights, including any discovery concerning that question, is **STAYED** pending further order of the Court. It is further

**ORDERED** that the Defendants' Motion for [a] Protective Order Concerning Information Exchanged in Discovery, ECF No. 21, is **GRANTED**. The Court will contemporaneously enter the proposed protective order in this case. It is further

**ORDERED** that, on or before October 23, 2020, the parties shall submit a proposed scheduling order to the Court.

**SO ORDERED** this 16th day of October, 2020.

REGGIE B. WALTON<br>
United States District Judge