# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE PRICE, individually and as the personal representative and administrator of the estate of Jeffrey Price, Jr., <u>et al.</u>,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>MICHAEL PEARSON, <u>et al.</u>,<br><br>　　　　　　　Defendants. | Civil Action No. 20-614 (RBW) |

## **ORDER**

Upon consideration of the parties' Notice Regarding Joint Scheduling Order, it is hereby

**ORDERED** that

1. this case shall be placed on the standard track under this Court's Local Rules;

2. the parties shall provide Rule 26 initial disclosures on or before December 7, 2020;

3. the parties shall amend their pleadings or join any additional parties, if necessary, on or before March 1, 2021.  The deadlines for oppositions and replies as set forth in Local Rules 7(b) and (d) shall apply;

4. the parties shall conclude fact discovery on or before April 23, 2021;

5. the plaintiffs may submit up to twenty interrogatories to each defendant;

6. each individual defendant may submit up to fifteen interrogatories, which may be divided between the plaintiffs at the individual defendant's discretion;

7. the defendant District of Columbia (the "District") may submit up to twenty interrogatories, which may be divided between the plaintiffs at the District's discretion;

8. the parties may submit an unlimited number of requests for production of documents and requests for admissions;

9. the responding party shall serve its responses to interrogatories, requests for document production, and requests for admissions, within the deadlines set forth in Federal Rules of Civil Procedure 33, 34, and 36;

10. the plaintiffs, collectively, may take up to ten depositions;

11. the defendants, collectively, may take up to ten depositions;

12. the proponent of an expert witness shall provide the proponent's expert's report on or before April 23, 2021;

13. the opponent of an expert witness shall provide the opponent's expert's report on or before May 23, 2021;

14. the parties shall conclude expert discovery on or before July 23, 2021; and

15. expert disclosures shall comply with the requirements of Federal Rule of Civil Procedure 26(a)(2).

It is further

**ORDERED** that the parties shall appear for a status conference on July 30, 2021, at 10:00 a.m., to determine whether to refer the case to a Magistrate Judge for settlement negotiations, set a briefing schedule for motions for summary judgment, or set dates for a pre-trial conference and trial.

**SO ORDERED** this 3rd day of November, 2020.

REGGIE B. WALTON
United States District Judge